**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

| | | |
|---|---|---|
| F.C., L.H., M.M., KIMBERLY STEAKLE, SUSAN OAKES, ASHLEY BUEHLER, MUKHLISA ISKANDAROVA, CHELSEA ROTH, SARAH FRAUNDORFER and her minor child I.F., TERESA MORE, and JENNETTE HANSEN, individually, and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) | Case No. 4:25-CV-00685-RK |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Roseann A. Ketchmark |
| MID AMERICA PHYSICIAN SERVICES, LLC, | ) ) ) ) ) | |
| Defendant. | ) | |

## SCHEDULING AND TRIAL ORDER

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the following schedule is hereby established for the Class Certification phase of the parties' lawsuit:

## I. DISCOVERY PLAN AND SCHEDULING DEADLINES FOR THE PURPOSE OF CLASS CERTIFICATION

| Class Certification Discovery Plan and Scheduling | Guidelines | Deadlines |
|---|---|---|
| Joinder of Parties | 30 days before discovery deadline | January 15, 2026 |
| Amendment of Pleadings | 30 days before discovery deadline | January 15, 2026 |
| Plaintiff Expert Designation on Class Certification issues | 60 days before discovery deadline | March 1, 2026 |
| Defendant Expert Designation on Class Certification issues | 30 days after Plaintiff Expert deadline | April 1, 2026 |
| Rebuttal Expert Designation on Class Certification issues | 14 days before discovery deadline | May 1, 2026 |

1

| Completion of Discovery (on Class Certification issues) | 180[1] days from this proposed order (Local Rule 26.1(c)2) | May 15, 2026 |
|---|---|---|

## III. PRETRIAL AND TRIAL FILING DEADLINES FOR CLASS CERTIFICATION

| Class Certification Briefing | Deadlines |
|---|---|
| Plaintiffs' Motion for Class Certification | June 1, 2026 |
| Defendant's Response to Plaintiffs' Motion for Class Certification and *Daubert* challenges to Plaintiffs' Class Certification experts | July 1, 2026 |
| Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion for Class Certification and *Daubert* challenges to Defendants' Class Certification experts | July 31, 2026 |
| Hearing on Class Certification Motion | August 13, 2026 |
| | |

**Phase II Scheduling Order**

Within 30 days from the date of ruling on plaintiff's Motion for Class Certification, the parties shall submit to the Court a proposed Scheduling Order for Discovery and Scheduling of all remaining deadlines.

## IV. CHAMBERS' PROTOCOL

1. **COURT CONFERENCES.** (*See* Section II above). Generally, conferences in Western and St. Joseph Division cases are held at the U.S. District Courthouse in Kansas City, Missouri. Conferences in cases pending in all other divisions (Central, Southern, and Southwestern) are generally held via telephone.

2. **DISCOVERY DISPUTES.** Any discovery motion filed without complying with Local Rule 37.1 will be denied. In the event that a teleconference is needed, contact the Court at (816) 512-5110. Parties are to utilize the discovery dispute protocol on the Court's web page at www.mow.uscourts.gov/judges/ketchmark.

3. **EXPERT WITNESSES.** Expert witnesses include retained experts as well as fact witnesses from whom expert opinions will be elicited at trial.

---

[1] This is a large, complex, data breach, class case. The parties request deviation from the Local Rule to accommodate for class certification.

For expert witnesses identified in Fed. R. Civ. P. 26(a)(2)(B), the designation shall include an affidavit, containing the disclosures required in Fed. R. Civ. P. 26(a)(2)(B)(i)-(vi). Expert witnesses may testify only as to matters contained in the affidavit described above unless leave of Court is granted upon good cause shown. If a treating physician will testify beyond the treatment they provided, they shall also provide an affidavit containing the disclosures required in Fed. R. Civ. P. 26(a)(2)(B)(i)-(vi).

However, if a treating physician will testify only as to treatment they provided, the requirements of this section may be satisfied by providing a copy of all the treating physician's files, records and notes relating to the treating physician's patient to the opposing party. For the purpose of this paragraph, a "treating physician" is a doctor (including psychiatrist, dentist or other practitioner of the healing arts) retained by a party prior to retaining counsel in this matter.

4.      **COMPLETION OF DISCOVERY.** All discovery requests and depositions shall be submitted and/or scheduled prior to the deadline for completion of discovery, and shall allow sufficient time for completion within the time specified by the Federal Rules of Civil Procedure, the Local Rules, and/or orders of this Court.

5.      **SUMMARY JUDGMENT MOTIONS.** All motions for summary judgment shall comply with Local Rules 7.0 and 56.1. The response and reply shall set forth (restate) each statement of fact, and additional statement of fact, utilizing the original paragraph number immediately before admitting or denying factual statements.

Dated: October 16, 2025                          Respectfully submitted,

*/s/ Maureen M. Brady*
Maureen M. Brady MO #57800
**MCSHANE & BRADY, LLC**
4006 Central Street
Kansas City, Missouri 64111
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
Email: mbrady@mcshanebradylaw.com

Jeff Ostrow (*pro hac vice* forthcoming)
**KOPELOWITZ OSTROW, P.A.**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 332-4200

E-mail: ostrow@kolawyers.com

William B. Federman (*pro hac vice* forthcoming)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Email: wbf@federmanlaw.com

Gary Klinger (*pro hac vice* forthcoming)
John J. Nelson (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
402 w. Broadway, Suite 1760
San Diego, California 92101
Telephone: (858) 209-6941
Email: gklinger@milberg.com
Email: jnelson@milberg.com

Raina Borrelli (*pro hac vice* forthcoming)
**STRAUSS BORRELLI PLLC**
908 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
Email: raina@straussborrelli.com

J. Gerard Stanch, IV (*pro hac vice* forthcoming)
Grayson Wells (*pro hac vice* forthcoming)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Email: gstranch@stranchlaw.com
Email: gwells@stranchlaw.com

Andrew J. Shamis (*pro hac vice* forthcoming)
Leanna Loginov (*pro hac vice* forthcoming)
**SHAMIS & GENTILE P.A.**
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: (305) 479-2299
Email: ashamis@shamisgentile.com
Email: lloginov@shamisgentile.com

Tyler Bean (pro hac vice forthcoming)

4

Neil Williams (pro hac vice forthcoming)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com
E: nwilliams@sirillp.com

*Attorneys for Plaintiffs and the Proposed Class*


/s/ Kathleen Fisher Enyeart (w/ permission)
Kathleen Fisher Enyeart (MO #57737)
LATHROP GPM LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
kathleen.fisherenyeart@lathropgpm.com

*Attorneys for Defendant*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2025, a copy of the above was served via the District Court ECM/ECF system, and by Electronic Mail, on all counsel of record.

*/s/ Maureen M. Brady*
Maureen M. Brady MO #57800