# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### KANSAS CITY DIVISION

| | |
|---|---|
| **F.C., L.H., M.M., KIMBERLY STEAKLE, SUSAN OAKES, ASHLEY BUEHLER, MUKHLISA ISKANDAROVA, CHELSEA ROTH, SARAH FRAUNDORFER and her minor child I.F., TERESA MORE, KRISTEN HIRTH, and JENNETTE HANSEN, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MID AMERICA PHYSICIAN SERVICES, LLC,**<br><br>**Defendant.** | Case No.: 4:25-CV-00685-RK |

## DEFENDANT MID AMERICA PHYSICIAN SERVICES, LLC'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Mid America Physician Services, LLC ("MAPS") moves to dismiss Plaintiffs' Second Amended Complaint for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Plaintiffs' theories rest on conclusory allegations and speculative harm, not plausible facts. Plaintiffs' negligence and negligence per se claims fail because Missouri law imposes no general duty to prevent unforeseeable criminal cyberattacks, and neither HIPAA nor the FTC Act creates a private right of action or an actionable standard of care. Their breach of implied contract and unjust enrichment claims fail because Plaintiffs received the benefit of their bargain—medical services—and allege no meeting of the minds or cognizable benefit unjustly retained. Finally, their invasion of privacy, breach of fiduciary duty, and MMPA claims fail because Plaintiffs plead no intentional disclosure, special relationship, deceptive act, or ascertainable loss. Because

amendment would be futile, dismissal should be with prejudice.

In further support of this Motion, Defendant relies on its Suggestions in Support, which is filed contemporaneously and hereby incorporated by reference.

WHEREFORE, Defendant moves this Court to dismiss Plaintiffs' Second Amended Complaint with prejudice and for such further relief as the Court deems just.

DATED: November 7, 2025

Respectfully submitted,

LATHROP GPM LLP

*/s/Kathleen Fisher Enyeart*
Kathleen Fisher Enyeart  MO # 57737
Patrick N. Fanning      MO # 47615
Fiona M. Madden         MO #76689
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
kathleen.fisherenyeart@lathropgpm.com
patrick.fanning@lathropgpm.com
fiona.madden@lathropgpm.com

ATTORNEYS FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was served via this Court's electronic filing system upon all counsel of record on November 7, 2025.

 /s/ Kathleen Fisher Enyeart

AN ATTORNEY FOR DEFENDANT

3

81403476.v1