**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| F.C., L.H., M.M., KIMBERLY STEAKLE, SUSAN OAKES, ASHLEY BUEHLER, MUKHLISA ISKANDAROVA, CHELSEA ROTH, SARAH FRAUNDORFER and her minor child I.F., TERESA MORE, and JENNETTE HANSEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MID AMERICA PHYSICIAN SERVICES, LLC,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:25-CV-00685-RK<br><br>Judge Roseann A. Ketchmark |

**AMENDED SCHEDULING AND TRIAL ORDER**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and upon consideration of the parties' views in the matter, the following schedule is hereby established for the Class Certification phase of the parties' lawsuit:

**I.     DISCOVERY PLAN AND SCHEDULING DEADLINES FOR THE PURPOSE OF CLASS CERTIFICATION**

| Class Certification Discovery Plan and Scheduling | Guidelines | Deadlines |
|---|---|---|
| Joinder of Parties | 30 days before discovery deadline | January 15, 2026 |
| Amendment of Pleadings | 30 days before discovery deadline | January 15, 2026 |
| Plaintiff Expert Designation on Class Certification issues | 60 days before discovery deadline | May 30, 2026 |
| Defendant Expert Designation on Class Certification issues | 30 days after Plaintiff Expert deadline | June 29, 2026 |
| Rebuttal Expert Designation on Class Certification issues | 14 days before discovery deadline | July 31, 2026 |

1

| Completion of Discovery (on Class Certification issues) | 180[1] days from this proposed order (Local Rule 26.1(c)2) | August 14, 2026 |
|---|---|---|

****Due to the extended class discovery period granted herein, requests for extensions of time to the Phase I deadlines will be viewed with caution.

### III. PRETRIAL AND TRIAL FILING DEADLINES FOR CLASS CERTIFICATION

| Class Certification Briefing | Deadlines |
|---|---|
| Plaintiffs' Motion for Class Certification | September 1, 2026 |
| Defendant's Response to Plaintiffs' Motion for Class Certification and *Daubert* challenges to Plaintiffs' Class Certification experts | September 30, 2026 |
| Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion for Class Certification and *Daubert* challenges to Defendants' Class Certification experts | October 30, 2026 |
| Hearing on Class Certification Motion | November 19, 2026 at 11:30 a.m. |

**Phase II Scheduling Order**

Unless ordered sooner by the Court, within 30 days from the date of ruling on plaintiff's Motion for Class Certification, the parties shall submit to the Court a proposed Scheduling Order for Discovery and Scheduling of all remaining deadlines.

### IV. CHAMBERS' PROTOCOL

1.  **COURT CONFERENCES.** (*See* Section II above). Generally, conferences in Western and St. Joseph Division cases are held at the U.S. District Courthouse in Kansas City, Missouri. Conferences in cases pending in all other divisions (Central, Southern, and Southwestern) are generally held via telephone.

2.  **DISCOVERY DISPUTES.** Any discovery motion filed without complying with Local Rule 37.1 will be denied. In the event that a teleconference is needed, contact the Court at (816) 512-5110. Parties are to utilize the discovery dispute protocol on the Court's web page at www.mow.uscourts.gov/judges/ketchmark.

3.  **EXPERT WITNESSES.** Expert witnesses include retained experts as well as fact witnesses from whom expert opinions will be elicited at trial.

---

[1] This is a large, complex, data breach, class case. The parties request deviation from the Local Rule to accommodate for class certification.

2

For expert witnesses identified in Fed. R. Civ. P. 26(a)(2)(B), the designation shall include an affidavit, containing the disclosures required in Fed. R. Civ. P. 26(a)(2)(B)(i)-(vi). Expert witnesses may testify only as to matters contained in the affidavit described above unless leave of Court is granted upon good cause shown. If a treating physician will testify beyond the treatment they provided, they shall also provide an affidavit containing the disclosures required in Fed. R. Civ. P. 26(a)(2)(B)(i)-(vi).

However, if a treating physician will testify only as to treatment they provided, the requirements of this section may be satisfied by providing a copy of all the treating physician's files, records and notes relating to the treating physician's patient to the opposing party. For the purpose of this paragraph, a "treating physician" is a doctor (including psychiatrist, dentist or other practitioner of the healing arts) retained by a party prior to retaining counsel in this matter.

4.     **COMPLETION OF DISCOVERY.** All discovery requests and depositions shall be submitted and/or scheduled prior to the deadline for completion of discovery, and shall allow sufficient time for completion within the time specified by the Federal Rules of Civil Procedure, the Local Rules, and/or orders of this Court.

5.     **SUMMARY JUDGMENT MOTIONS.** All motions for summary judgment shall comply with Local Rules 7.0 and 56.1. The response and reply shall set forth (restate) each statement of fact, and additional statement of fact, utilizing the original paragraph number immediately before admitting or denying factual statements.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

Dated: March 4, 2026

3