**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

|  |  |
|---|---|
| **F.C., L.H., M.M., KIMBERLY STEAKLE, SUSAN OAKES, ASHLEY BUEHLER, MUKHLISA ISKANDAROVA, CHELSEA ROTH, SARAH FRAUNDORFER** and her minor child **I.F., TERESA MORE, KRISTEN HIRTH** and **JENNETTE HANSEN,** individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**MID AMERICA PHYSICIAN SERVICES, LLC,**<br><br>    Defendant. | Case No.: 4:25-CV-00685-RK |

## PLAINTIFF JENNETTE HANSEN'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Jennette Hansen, by and through her undersigned counsel of record, hereby voluntarily dismisses her individual claims brought in the above-captioned action without prejudice, with each party to bear their own fees and expenses. Plaintiff's voluntary dismissal does not affect the claims of the remaining Plaintiffs nor of the putative class.

Dated: March 12, 2026

Respectfully submitted,

*/s/ Maureen M. Brady*
Maureen M. Brady MO #57800
**MCSHANE & BRADY, LLC**
4006 Central Street
Kansas City, Missouri 64111
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
Email: mbrady@mcshanebradylaw.com

1

Tyler Bean (pro hac vice forthcoming)
Neil Williams (*pro hac vice forthcoming*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com
E: nwilliams@sirillp.com

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of March 2026, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

/s/ Maureen M. Brady
Maureen M. Brady

3