**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| | |
|---|---|
| **O.S., F.C., KIMBERLY STEAKLE, SUSAN OAKES, ASHLEY BUEHLER, MUKHLISA ISKANDAROVA, CHELSEA ROTH, SARAH FRAUNDORFER** and her minor child **I.F.**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**MID AMERICA PHYSICIAN SERVICES, LLC**,<br><br>Defendant. | Case No.: 4:25-CV-00685-RK<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Kimberly Steakle, by and through her undersigned counsel of record, hereby voluntarily dismisses her individual claims brought in the above-captioned action without prejudice, with each party to bear their own fees and expenses. Plaintiff's voluntary dismissal does not affect the claims of the remaining Plaintiffs nor of the putative class.

Dated: April 27, 2026

Respectfully submitted,

By: */s/ Maureen M. Brady*
Maureen M. Brady MO #57800
**McShane & Brady, LLC**
4006 Central Street
Kansas City, Missouri 64111
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
Email: mbrady@mcshanebradylaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system, which will automatically notify all counsel of record.

*/s/ Maureen M. Brady*
Maureen M. Brady