**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION**

| | |
|---|---|
| **F.C., L.H., M.M., KIMBERLY STEAKLE, SUSAN OAKES, ASHLEY BUEHLER, MUKHLISA ISKANDAROVA, CHELSEA ROTH, SARAH FRAUNDORFER** and her minor child **I.F., TERESA MORE,** and **KRISTEN HIRTH,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**MID AMERICA PHYSICIAN SERVICES, LLC,**<br><br>Defendant. | Case No.: 4:25-CV-00685-RK |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF SCHEDULING
ORDER DEADLINES AND SUGGESTIONS IN SUPPORT**

COMES NOW Plaintiffs F.C., L.H., M.M., Kimberly Steakle, Susan Oakes, Ashley Buehler, Mukhlisa Iskandarova, Chelsea Roth, Sarah Fraundorfer and her minor child I.F., Teresa More, and Kristen Hirth (collectively "Plaintiffs") by and through their counsel of record, and respectfully move the Court for an extension of time to file their Designation of Expert Witnesses in this matter. Prior to moving the Court, counsel for Plaintiffs conferred with counsel for Defendant who indicated that Defendant does not oppose the relief sought herein.

1. On October 22, 2025, Plaintiffs filed their Unopposed Motion for Leave to File Second Amended Class Action Complaint.

1

2. On October 23, 2025, this Court Granted Plaintiffs Unopposed Motion for Leave.

3. On November 7, 2025, Defendant Mid America Physician Services, LLC filed its Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint.

4. Subsequently, Plaintiffs filed their Suggestions in Opposition to Defendant's Motion to Dismiss on December 12, 2025.

5. Defendant then filed a reply in support of its Motion to Dismiss on December 23, 2025.

6. On March 2, 2026, the Parties filed a Joint Motion to Amend the Court's Scheduling and Trial.

7. On March 5, 2026, this Court entered the Amended Scheduling and Trial Order which set a deadline of May 30, 2026, for Plaintiffs to Designate their Expert Witnesses on Class Certification issues.

8. On June 1, 2026, Plaintiffs filed their Unopposed Motion for Extension of Scheduling Order Deadlines, which this Court granted, extending Plaintiffs' deadline to Designate their Expert Witnesses on Class Certification issues to July 16, 2026.

9. On April 13, 2026, this Court entered an Order granting in part and denying in part Defendant's Motion to Dismiss. The Order dismissed Plaintiffs' claims of Negligence, Negligence *Per Se*, Invasion of Privacy, Breach of Fiduciary Duty, and Violations of the Missouri Merchandising Practices Act without prejudice.

10. Plaintiffs' surviving claims include Breach of Implied Contract, Unjust Enrichment, and Declaratory and Injunctive Relief.

11. Plaintiffs intend to move this Court for leave to file a Third Amended Class Action Complaint.

12. As there are surviving claims, the Parties have been working diligently on negotiating resolution of this matter and continue to do so.

13. Plaintiffs now request additional time to designate their Expert Witnesses on Class Certification issues as settlement discussions and discovery are ongoing and will surely affect the need for expenses associated with retaining Expert Witnesses.

14. Accordingly, Plaintiffs request an additional forty-five (45) days to designate their Expert Witnesses on Class Certification issues.

15. Plaintiffs further request that Defendant's deadline to designate its Expert Witnesses on Class Certification issues be extended to thirty (30) days after Plaintiffs' designation.

16. This extension of time would allow the Parties to meaningfully engage in settlement discussions and would allow Plaintiffs to prepare a Third Amended Class Action Complaint.

17. The Parties have agreed to continue discussing resolution and, if necessary, move to amend the Court's March 5, 2026, Scheduling and Trial Order to allow for the same.

18. Undersigned counsel contacted counsel for Defendant who has no objection to the extension.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order extending the deadline for Plaintiffs to Designate their Expert Witnesses until August 30,

3

2026, and extending Defendant's deadline to Designate its Expert Witnesses to thirty (30) days after Plaintiffs' designation.

Dated: July 16, 2026

Respectfully submitted,

/s/ Maureen M. Brady
Maureen M. Brady MO #57800
**MCSHANE & BRADY, LLC**
4006 Central Street
Kansas City, Missouri 64111
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
Email: mbrady@mcshanebradylaw.com

Jeff Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW, P.A.**
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 332-4200
E-mail: ostrow@kolawyers.com

Gary Klinger (*pro hac vice*
John J. Nelson (*pro hac vice*)
**MILBERG, PLLC**
402 w. Broadway, Suite 1760
San Diego, California 92101
Telephone: (858) 209-6941
Email: gklinger@milberg.com
Email: jnelson@milberg.com
**PLAINTIFFS' INTERIM CO-LEAD COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026, I caused a true and correct copy of the foregoing Motion to be filed by the Clerk of the Court via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matter.

/s/ Maureen M. Brady
Maureen M. Brady

4